**No. 55311.**—S. H. Pomerance Co., Inc. v. United States, protest 143454–K (A) (New York).

Opinion by Johnson, J. The evidence disclosed that the merchandise in case No. 1520 was checked under the supervision of the president of the importing company when received and that only 212 dozen tweezers were found; that case No. 1521 was also checked and the quantity found therein was 288 dozen tweezers, as reported by the appraiser; and that in checking all of the tweezers in the two cases against the invoice, it was discovered that the total number of tweezers in the importation, i. e., 500 dozen, agreed with the invoice. On the record presented the claim of the plaintiff that duty was improperly assessed upon an excess of 38 dozen tweezers was sustained.

**No. 55312.**—Foreign Vintages, Inc., et al. v. United States, protests 117546–K, etc. (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55313.**—Amcu Trading-Corp. et al. v. United States, protests 162522–K, etc. (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55314.**—Geschwind Feather Co., Inc. v. United States, protests 163500–K (B) etc. (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55315.**—Hensel, Bruckmann & Lorbacher, Inc. v. United States, protest 164105–K (A) (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.